PER CURIAM.

(No. 75-CC-790— )

GOLDEN DRAGON RESTAURANT, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed April 11, 1975.*

GOLDEN DRAGON RESTAURANT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.